IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | ) | NO. 8:08-CV-196 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PAYPAL, INC. | ) ) ) | |
| Defendant. | ) | |

This matter is before the court pursuant to the Stipulation of the Plaintiff, Prism Technologies, LLC, and Defendant PayPal, Inc.  The court has reviewed the Stipulation and finds that it should be approved.  Accordingly,

IT IS HEREBY ORDERED:

1. Defendant's deadline for filing a pleading in response to Plaintiff's Complaint is extended to July 17, 2008.

2. The Report of Parties' Planning Conference, which is currently due on July 22, 2008, shall be submitted to the Court no later than August 6, 2008.

DATED June 30, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge