# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRISM TECHNOLOGIES, LLC,** | ) | **CASE NO. 8:08CV195** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VERISIGN, INC.,** | ) | |
| | ) | |
| **Defendant,** | ) | |

| | | |
|---|---|---|
| **PRISM TECHNOLOGIES, LLC,** | ) | **CASE NO. 8:08CV196** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **PAYPAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Report and Recommendation of Magistrate Judge F.A.Gossett (Filing No. 40 in Case No. 8:08CV195; Filing No. 51 in Case No. 8:08CV196) recommending that I deem the above captioned cases as related cases[1] and that I grant Defendant VeriSign's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (Filing No. 29 in Case No. 8:08CV195), and PayPal's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (Filing No. 39 in Case No. 8:08CV196).

A Statement of Objection to the Report and Recommendation, as allowed by 28 U.S.C. § 636(b)(1) and NECivR 72.3(a), has not been filed by any party. Having reviewed the record and having considered the Magistrate Judge's recommendation, *de novo*, I

---

[1]Defendant VeriSign filed a Notice of Related Cases on August 4, 2008. (Filing No. 32 in Case No. 8:08CV195).

conclude that Judge Gossett's Report and Recommendation should be adopted, and the cases should be deemed related and transferred to the Northern District of California for all further proceedings.

Accordingly,

**IT IS ORDERED**:

1. The Report and Recommendation (Filing No. 40 in Case No. 8:08CV195; Filing No. 51 in Case No. 8:08CV196) is adopted in its entirety;

2. Cases Nos. 8:08CV195 and 8:08CV196 are deemed related cases pursuant to NEGenR 1.4;

3. VeriSign's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (Filing No. 29 in Case No. 8:08CV195) is granted;

4. PayPal's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) (Filing No. 39 in  Case No. 8:08CV196) is granted, and

5. Cases Nos. 8:08CV195 and 8:08CV196 are transferred to the Northern District of California for all further proceedings pursuant to 28 U.S.C. § 1404(a).

Dated this 2nd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge