# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PRISM TECHNOLOGIES, LLC,** | **CASE NO. 8:08CV196** |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| **PAYPAL, INC.,** | |
| Defendant, | |

This matter is before the Court on the parties' Stipulation of Dismissal without Prejudice. The stipulation for dismissal without prejudice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal without Prejudice (Filing No. 56) is approved, and the relief requested therein is granted;

2. The Complaint, as well as all claims and counterclaims in this action are dismissed without prejudice;

3. Any pending motions in the above captioned case are terminated;

4. The parties shall pay their own costs and attorneys' fees; and

5. Any future claims brought against PayPal involving either United States Patent No. 5,745,574 or No. 5,850,442 must be filed in the Northern District of California, or will be subject to transfer to that court.

DATED this 5th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge